UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT BROWN, executor of the ESTATE OF FRED H. BROWN, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NANNETTE BROWN, | ) ) ) |
| Defendant. | ) |

No. 2:18-cv-00104

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss (Doc. No. 45) is **GRANTED** and the case is **DISMISSED**.

This is a final order and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE